# United States Bankruptcy Court

## Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**  09–37200–KRH
**Chapter**  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Audrey Marie Michael
fdba Errands 4U, fdba Errands 4U, LLC
4040 Coal Spring Court Apt 3B
Glen Allen, VA 23060

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–3390

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  February 3, 2010                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 06, 2010.
```
db          +Audrey Marie Michael,   4040 Coal Spring Court Apt 3B,   Glen Allen, VA 23060-4354
tr          +Harry Shaia, Jr,   Spinella, Owings & Shaia, P.C.,   8550 Mayland Drive,
             Richmond, VA 23294-4704
9284543     +Aaron's Sales & Lease Ownership,   7252 West Broad Street,   Richmond, VA 23294-3637
9284544     +American Family Fitness-West End,   c/o National Fitness Financial,   P.O. Box  497,
             Layton, UT 84041-0497
9284545     +Arrow Financial Services,   c/o Northland Group Inc.,   P.O. Box  390846,
             Minneapolis, MN 55439-0846
9298045      Assurance FCU,   2015 Staples Mill Rd,   Richmond, VA 23230-3119
9284546      Assurance Federal CU,   2015 Staples Mill Rd.,   Richmond, VA 23230-3119
9284548     +Bon Secours Rich Health Sys,   St. Mary's Hosp,   P. O. Box 28538,   Richmond, VA 23228-8538
9284552     +Car Pool LLC,   c/o Ogden Check Approval Network,   4646 Princess Anne Road, Ste 104,
             Virginia Beach, VA 23462-6464
9284553     +Cavalier Telephone,   c/o Schettine & Nguyen, PLC,   319 W Franklin St 2nd Fl,
             Richmond, VA 23220-4937
9284554     +Central Furniture Company, Inc,   3700 Mechanicsville Pike,   Richmond, VA 23223-1332
9284555      Central Furniture Company, Inc,   c/o Michael J Champlin, Esq,   191 Huguenot Rd Ste 300,
             Richmond, VA 23235-0000
9284556     +Check Smart,   7001 Post Road Suit 200,   Dublin, OH 43016-8334
9284557     +Checksmart Virginia,   c/o Dr/bond Coll,   Po Box 498609,   Cincinnati, OH 45249-8609
9284558     +Checksmart Virginia,   c/o Dr/bond Coll,   7745 E Kemper Rd,   Cincinnati, OH 45249-1611
9284561     +Club Benefit,   2535 Kettner Bv,   San Diego, CA 9210l-1250
9284563     +Columbia House,   P.O. Box 1131,   Terre Haute, IN 47811-1131
9284562     +Columbia House,   c/o National Credit Soluti,   Po Box 15779,   Oklahoma City, OK 73155-5779
9284564     +Comcast,   5401 Staples Mill Road,   Richmond, VA 23228-5443
9284565     +Comcast - Richmond,   Credit Management,   4200 International Pwy,   Carrolton, TX 75007-1912
9284566      Comcast Richmond Service,   c/o Eastern Account System,   c75 Glen Rd Ste 110,
             Sandy Hook, CT 06482-0000
9284567     +Connects Fed CU,   7700 Shrader Road,   Richmond, VA 23228-2552
9284568     +Consolidated Bank & Trust Co.,   320 N First Street,   Richmond, VA 23219-1722
9284570      Continental Finance,   P.O. Box  8099,   Newark, DE 19714-8099
9284569     +Continental Finance,   c/o KB Merrill Associates, LLC,   P.O. Box  126,
             Forest Hill, MD 21050-0126
9284571      Cortrust Bank,   P.O. Box  5431,   Sioux Falls, SD 57117-5431
9284572     +County of Henrico,   Dept of Finance,   P.O. Box 90775,   Henrico, VA 23273-0775
9284573     +County of Henrico,   Dept of Public Utilities,   P.O. Box 90775,   Henrico, VA 23273-0775
9284574     +Derwin's Ground Management,   2230 Holding Pond Lane,   Midlothian, VA 23112-4194
9284575     +Diversity Thrift,   c/o TRS Recovery Services, Inc.,   5251 Westheimer,   Houston, TX 77056-5412
9284578     +Henrico Doctors,   West Asset Attn: Bankruptcy,   P.O. Box 105478,   Atlanta, GA 30348-5478
9284579     +Henrico Doctors,   c/o West Asset,   P.O. Box 105478,   Atlanta, GA 30348-5478
9284581     +Henrico Doctors Hospital,   P.O. Box 13620,   Richmond, VA 23225-8620
9284580     +Henrico Doctors Hospital,   c/o West Asset,   2703 N Highway 75,   Sherman, TX 75090-2567
9284582     +Herb Coleman,   Clachan Properties,   1380 W Broad St Ste A,   Richmond, VA 23220
9284583     +Janitor Supply Corp.,   2522 Hermitage Road,   Richmond, VA 23220-1119
9284584     +Kroger,   P.O. Box 30650,   Salt Lake City, UT 84130-0650
9284585      Kroger,   c/o Commerical Check Control,   7250 Beverly Blvd, Ste 200,
             Los Angeles, CA 90036-2560
9284586     +Lawrence Sanitary,   P.O. Box  50070,   Richmond, VA 23250
9284587      Lifetouch,   c/o TRS Recovery Services, Inc.,   P.O. Box  5907,   Glendale Heights, IL 60139-5907
9284588     +Margaret Omachel,   c/o Remax Today,   4333 Cox Rd,   Glen Allen, VA 23060-3359
9284589      Nationwide Ins.,   c/o Credit Collection Service,   P.O. Box 9134,
             Needham Heights, MA 02494-9134
9284590     +Nationwide Insurance,   Po Box 9134,   Needham, MA 02494-9134
9284591     +Oaks At Gayton,   c/o National Credit Systems, Inc.,   P.O. Box  4115 Dept. 855,
             Concord, CA 94524-4115
9284542     +Office Of The U.S. Trustee,   701 E Broad St.,   Suite 4304,   Richmond, VA 23219-1849
9284592     +Players Vacation Club,   c/o Credit Research Bureau,   7373 University Ave.,
             La Mesa, CA 91942-0500
9284593     +Premier Bankcard Inc,   c/o Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
9284594     +Premiere Bankcard, Inc.,   c/o Arrow Financial Services,   5996 W Touhy Ave,
             Niles, IL 60714-4610
9298046     +Quarter Mill Henrico LLC,   c/o Godwin-Jones & Price,   20 S. Auburn Ave.,
             Richmond, VA 23221-2910
9298047     +Quickpayday.com,   c/o NCC,   235 Main Street,   Dickson City, PA 18519-1652
9284595     +RJM Acquisitions LLC,   c/o Dominion Law Associates,   222 Central Park Avenue,
             Virginia Beach, VA 23462-3022
9284597     +Sallie Mae,   11l00 Usa Parkway,   Fishers, IN 46037-9203
9284599     +Sprint Nextel,   c/o ERSolutions,   800 W 39th St,   Renton, WA 98057-4975
9284600     +Suntrust Bank,   P. O. Box 26150,   Richmond, VA 23260-6150
9284601      Suntrust Bank,   c/o Paza Associates,   P.O. Box 18008,   Hauppauge, NY 11788-8808
9284602      T- Mobile,   c/o ERSolutions Inc.,   P.O. Box  6030PO Box 37380,   Hauppauge, NY 11788-0154
9284603      T- Mobile,   c/o Diversified Consultants, Inc.,   P.O. Box  1022PO Box 37380,
             Wixom, MI 48393-1022
9284604     +Trugreen,   6722 Atmore Dr,   Richmond, VA 23225-5602
9287059     +U.S. Attorney's Office,   600 E. Main Street, 18th Floor,   Richmond, VA 23219-2430
9284605     +UniStates Credit Agency, LLC,   c/o Law Office of Vincent P Cignarale,   5100 Transit Road,
             Depew, NY 14043-4465
9284607      Verizon,   c/o Penn Credit Corporation,   P.O. Box 988,   Harrisburg, PA 17108-0988
9284608     +Verizon Maryland,   c/o CBCS,   P.O. Box  69,   Columbus, OH 43216-0069
9284609     +Verizon Virginia Inc,   500 Technology Dr,   Weldon Spring, MO 63304-2225
9284610     +Veterans Of Foreign Wars of the US,   1044 Pamukey Rd,   Mechanicsville, VA 23116-0000
9284611      WAWA 652,   c/o Certegy Payment Recovery,   P.O. Box  30031,   Tampa, FL 33630-3031
9284612     +Woodforest National Bank,   25231 Grogan's Mill Road, Ste 450,   Spring, TX 77380-3103
```

```
The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Feb 04, 2010.
tr          +EDI: QHSHAIA.COM Feb 04 2010 20:48:00     Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
               8550 Mayland Drive,   Richmond, VA 23294-4704
9284547     +E-mail/Text: ACF-EBN@acf-inc.com                       Atlantic Credit & Finance, Inc.,
               c/o John P Frye, PC,   3351 Orange Ave,   Roanoke, VA 24012-6335
9284549      EDI: CAPITALONE.COM Feb 04 2010 20:48:00     Capital One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
9284550     +EDI: CAPITALONE.COM Feb 04 2010 20:48:00     Capital One  Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091-5155
9284551     +EDI: CAPITALONE.COM Feb 04 2010 20:48:00     Capital One Bank,   Po Box 85520,
               Richmond, VA 23285-5520
9284560     +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 05 2010 02:05:26     City Of Richmond,
               Dept of Public Utilities,   730 E. Broad St 5th Floor,   Richmond, VA 23219-1861
9284559     +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 05 2010 02:05:27
               City of Rich Dept of Pub Util,   900 E Broad St Room 115,   Richmond, VA 23219-1907
9284576     +EDI: AMINFOFP.COM Feb 04 2010 20:48:00     First Premier Bank,   Po Box 5524,
               Sioux Falls, SD 57117-5524
9284577     +EDI: AMINFOFP.COM Feb 04 2010 20:48:00     First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
9284596     +EDI: PHINRJMA.COM Feb 04 2010 20:48:00     RJM Acquisitions Funding,   575 Underhill Blvd #2,
               Syosset, NY 11791-3426
9335258      EDI: RECOVERYCORP.COM Feb 04 2010 20:48:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9335397     +EDI: RECOVERYCORP.COM Feb 04 2010 20:48:00     Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
9284598      EDI: NEXTEL.COM Feb 04 2010 20:48:00     Sprint Nextel,   Attn: Bankruptcy Dept.,   P.O. Box 7949,
               Overland Park, KS 66207-0949
9284606     +EDI: AFNIVZCOMBINED.COM Feb 04 2010 20:48:00     Verizon,   c/o AFNI, Inc.,   P.O. Box  3517,
               Bloomington, IL 61702-3517
                                                                           TOTAL: 14


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
                                                                   TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:**    *Joseph Speetjens*